In the Matter of the Consolidation of the SECOND EVANGELICAL LUTHERAN CHURCH OF WEST SANDLAKE with the ZION LUTHERAN CHURCH OF WEST SAND LAKE, N. Y.— Motion granted unless, within forty days, appellant perfects

his appeal and files and serves printed papers, in which event motion is denied. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.